UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,

CASE NO. 13-CV-20208-HUCK/O'SULLIVAN

v.

**BRIAN J. GLADWELL,**
    Defendant.
_____/

## DEFENDANT'S NOTICE OF SERVICE OF RESPONSES TO PLAINTIFF'S REQUEST FOR INTERROGATORIES

Defendant, **BRIAN J. GLADWELL**, hereby gives notice that they have served their Responses to Request for Interrogatories propounded by Plaintiff, **UNITED STATED OF AMERICA**, upon counsel for said Plaintiff by Electronic Mail this 17th day of May 2013.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Electronic Mail this 17th day of May 2013 to Becker & Poliakoff, P.A., 121 Alhambra Plaza, Suite 1000, Coral Gables, FL 33134; sdavis@becker-poliakoff.com.

**The ADA Statement for the Eleventh Judicial Circuit**

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the Court Administration, at the Dade County Court-house, Voice Telephone 305/375-2006; Text Telephone 305/375-2007, no later than **SEVEN** business days prior to the proceeding. If hearing impaired, telephone Florida Relay Service Number for assistance at 800/955-8771.

**KINGCADE & GARCIA, P.A**
Counsel for the Defendant
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
Telephone: 305-285-9100
Facsimile: 305-285-9542

_____
☑ Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163
☐ Kristina Gonzalez, Esq., FBN 091115