UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-20208-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN J. GLADWELL,

    Defendant.

_____/

## ORDER RE-SETTING TRIAL AND CALENDAR CALL

The bench trial of the above-styled cause is reset for the two-week period commencing **Monday, August 12, 2013**, before the Honorable Paul C. Huck, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida. Calendar Call is reset for **Wednesday, August 7, 2013, at 8:30 a.m.** at the same location. The timetable for pretrial procedures set forth in the Order Setting Civil Non-Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge [D.E. No. 6] remains the same and should be based on the new trial date.

    DONE and ORDERED in chambers, Miami, Florida, May 21, 2013.

                                                 _____
                                               Paul C. Huck
                                               United States District Judge

Copies furnished to:
All Counsel of Record